## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.  13-00142-WS |
| CRYSTAL HOPE HENRY and<br>LYDIA RUTH BROWN | : |

## ORDER

This cause, as to the above-named defendants, having been set for jury selection on August 4, 2014 (Doc. 130),  a pretrial conference is hereby scheduled to be conducted in Courtroom 3A, before **Magistrate Judge William E. Cassady, on July 7, 2014, at 2:00 p.m.**

DONE and ORDERED this 18th day of April, 2014.

        s/WILLIAM E. CASSADY
        UNITED STATES MAGISTRATE JUDGE